Paul CASTONGUAY, Sr., Appellant,

v.

Jack TAFF; Cathy Taff, Appellees.

No. 10–1663.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 20, 2010.

Filed: Aug. 25, 2010.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Paul Castonguay appeals the district court's[1] preservice dismissal without prejudice of his pro se 42 U.S.C. § 1983 complaint. Upon careful de novo review, we conclude that the district court did not abuse its discretion in abstaining under *Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), because Castonguay's complaint sought intervention in state-court adoption proceedings. *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (standard of review for dismissal); *Norwood v. Dickey*, 409 F.3d 901, 903 (8th Cir.2005) (abstention holding reviewed for abuse of discretion). Accordingly, we affirm.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.